# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESTINY HOAG,<br><br>                    Plaintiffs,<br><br>v.<br><br>HENDERSON MUNICIPAL COURT, *et al.*,<br><br>                    Defendants. | Case No.  2:22-cv-01323-RFB-NJK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant P. Duffy**,** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as to Defendant P. Duffy.

DATED this 3rd day of May, 2023.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**